IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA D PEREZ and CONSTANTINO R. PEREZ, JR., <br><br>Plaintiffs, <br><br>v. <br><br>WASHINGTON MUTUAL BANK, F.A., BANK OF AMERICA, CALIFORNIA RECONVEYANCE COMPANY, and DOES 1 through 50, inclusive. <br><br>Defendants. / | No. C 09-05942 WHA <br><br>**ORDER TO SHOW CAUSE** |

Plaintiffs, proceeding *pro se*, filed this action alleging various claims to challenge the validity of their mortgage loan. Defendants filed a motion to dismiss scheduled to be heard on February 18, 2010. Pursuant to Local Rule 7-3, any brief in opposition to the motion was due on January 28, 2010, but no such opposition was received. Plaintiffs are **ORDERED** to respond by **NOON ON FEBRUARY 25, 2010**, and show cause for their failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternately to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. The hearing scheduled for February 18, 2010, is **VACATED**. A new hearing will be noticed by the Court if necessary.

**IT IS SO ORDERED.**

Dated: February 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE