UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AMELIA D PEREZ et al,

        Plaintiff,

  v.

WASHINGTON MUTUAL BANK et al,

        Defendant.

Case Number: CV09-05942 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Amelia D. Perez  
90 Norwood Ave.  
Daly City, CA 94015

Constantino R. Perez  
90 Norwood Ave.  
Daly City, CA 94015

Dated: February 2, 2010

                                              Richard W. Wieking, Clerk  
                                              By: Dawn Toland, Deputy Clerk