IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA D PEREZ and CONSTANTINO R. PEREZ, JR., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON MUTUAL BANK, F.A., BANK OF AMERICA, CALIFORNIA RECONVEYANCE COMPANY, and DOES 1 through 50, inclusive. <br><br> Defendants. | No. C 09-05942 WHA <br><br> **ORDER DISMISSING ACTION** |

Plaintiffs, proceeding pro se, filed this action alleging various claims to challenge the validity of their mortgage loan. Defendants filed a motion to dismiss scheduled to be heard on February 18, 2010. Pursuant to Local Rule 7-3, any brief in opposition to the motion was due on January 28, 2010, but no such opposition was received. Because plaintiffs are *pro se*, they were given until February 25, 2010, to show cause for their failure to file an opposition or to file a statement of nonopposition. Yet again, the deadline passed and plaintiffs did not file a response.

As described, plaintiffs have repeatedly failed to respond in a timely fashion. Due to

their failure to prosecute, this action will be **DISMISSED WITHOUT LEAVE TO AMEND**. Judgment shall be entered.

**IT IS SO ORDERED.**

Dated: March 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE