UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AMELIA D PEREZ et al,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK et al,<br><br>    Defendant. | Case Number: CV09-05942 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 3, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Amelia D. Perez
90 Norwood Ave.
Daly City, CA 94015

Constantino R. Perez
90 Norwood Ave.
Daly City, CA 94015

Dated: March 3, 2010

                                              Richard W. Wieking, Clerk
                                              By: Dawn Toland, Deputy Clerk