IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA D. PEREZ and CONSTANTINO R. PEREZ, JR., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON MUTUAL BANK, F.A., BANK OF AMERICA, CALIFORNIA RECONVEYANCE COMPANY, and DOES 1 through 50, inclusive, <br><br> Defendants. | No. C 09-05942 WHA <br><br><br> **JUDGMENT** |

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiffs. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: March 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE